AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Board of Trustees of the Teamsters Local 631 Security Fund of Southern Nevada, et al.,

Plaintiffs,

V.

Exhibit Installation Specialist, Inc., et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00720-APG-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiffs' Board of Trustees of the Teamsters Local 631 Security Fund of Southern Nevada and Board of Trustees of the Teamsters Convention Industry Training Fund and against Defendant Exhibit Installation Specialist, Inc. in the amount of $19,709, representing delinquent contributions, liquidated damages, interest and attorneys fees and costs.

September 24, 2013                                          /s/ Lance S. Wilson

Date                                                                  Clerk

                                                                        /s/ Shelly Denson

                                                                        (By) Deputy Clerk